NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOVERAIN SOFTWARE LLC,**
*Plaintiff-Appellee,*

v.

**NEWEGG INC.,**
*Defendant-Appellant.*

---

2011-1009

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0511, Judge Leonard Davis.

---

## ON MOTION

---

## ORDER

Soverain Software LLC, moves for leave to file a sur-reply in opposition to Avon Products, Inc.'s motion for leave to file a brief amicus curiae. The court notes that Avon's motion for leave to file a brief amicus curiae was denied on January 27, 2011.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as moot.

FOR THE COURT

FEB 0 3 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth R. Adamo, Esq.
Kent E. Baldauf, Jr., Esq.
Paul J. Ripp, Esq.
Michael Nicodema, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 03 2011

**JAN HORBALY**
**CLERK**